RECEIVED

08 DEC -1 PM 1:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. WACHOWSKI, on Behalf of Himself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>CLOROX COMPANY,<br><br>Defendant. | Case No. C 08-05269 WHA<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Robert W. Schmieder II, an active member in good standing in the bar of the State of Missouri; the State of Illinois; the United States District Court – Southern District of Illinois; the United States District Court - Eastern District of Missouri; the United States District Court - Central District of Illinois; the United Seventh Circuit Court of Appeals; and the Eight Circuit Court of Appeals, whose business address and telephone number is The Lakin Law Firm, P.C., 300 Evans Avenue, P.O. Box 229, Wood River, IL 62095, 618-254-1127, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

- 1 -

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in General Order No. 45, Electronic Case Filing.

Dated: December 3, 2008

IT IS SO ORDERED

Judge William Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 2 -

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
USDC, Northern District of CA, Case No. C 08-05269 WHA