1 ALEJANDRO N. MAYORKAS (S.B. #122447)
SABRINA H. STRONG (S.B. #200292)
2 ADAM G. LEVINE (S.B. #200522)
CHRISTA M. DEMEKE (S.B. #226225)
3 O'MELVENY & MYERS LLP
400 South Hope Street
4 Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
5 Facsimile: (213) 430-6407
E-mail: amayorkas@omm.com
6         sstrong@omm.com
         alevine@omm.com
7         cdemeke@omm.com

Attorneys for Defendant
The Clorox Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. WACHOWSKI, on Behalf of Himself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CLOROX COMPANY,<br><br>Defendant. | Case No. CV-08-05269 WHA<br><br>Honorable William Alsup<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF CALIFORNIA**<br><br>Action Filed:   November 20, 2008 |

Pursuant to 28 U.S.C. §§ 1404(a), Defendant The Clorox Company ("Clorox"), Plaintiff Peter Wachowski and plaintiff Shawndee Hartless (who is plaintiff in the related action *Hartless v. Clorox Company*, Case No. 06-CV-2705 JAH (CAB) ("*Hartless*")[1]) respectfully request for the reasons stated herein that this Court approve this Stipulation and Proposed Order ("Stipulation") to:

(1) transfer the above-captioned action ("*Wachowski*") to the United States District Court for the Southern District of California, and

(2) extend the deadline for Clorox to file a response to the complaint in *Wachowski* (the "Complaint") until 30 days after this Court enters this Stipulation and Order.

WHEREAS, the *Hartless* action was filed on December 13, 2006 in the Southern District of California and has been proceeding before the Honorable John A. Houston for approximately two years;

WHEREAS, the *Wachowski* action was filed on November 20, 2008 in this Court;

WHEREAS, *Hartless* and *Wachowski* involve the same defendant, are based on substantially similar allegations, and the plaintiff in each seeks to represent the same nationwide class of consumers of Clorox's Automatic Toilet Bowl Cleaner With Bleach (the "Product");

WHEREAS, in *Hartless*, Judge Houston has already considered allegations identical to those asserted in *Wachowski* and issued substantive rulings, discovery has commenced, and a deadline for plaintiff Hartless to file her motion for class certification has been set;

WHEREAS, the parties to both *Hartless* and *Wachowski* agree that *Hartless* and *Wachowski* are related actions pursuant to Civil Local Rule 3-13 of this Court, and

---

[1] *Hartless* is a consumer class action filed on December 13, 2006 and currently proceeding in the United States District Court for Southern District of California. Clorox and Plaintiff Wachowski have concurrently filed a Joint Notice of Pendency of Other Action pursuant to Local Rule 3-13 detailing the similarities between the allegations in the *Wachowski* and *Hartless* actions.

1 | that *Wachowski* should be transferred to the United States District Court for the Southern
2 | District of California to conserve judicial resources and prevent duplicative litigation;
3 |         WHEREAS, the parties to both *Hartless* and *Wachowski* agree that transfer
4 | of *Wachowski* to the Southern District of California is proper under 28 U.S.C. §§ 1404(a)
5 | because: (1) while venue exists in the Northern District of California, this action could
6 | have been properly brought in the Southern District of California; (2) the Southern
7 | District of California is the preferred forum over the Northern District of California
8 | because the first-filed *Hartless* action has been proceeding in the Southern District for
9 | approximately two years; and (3) principles of judicial economy militate in favor of
10 | transfer of *Wachowski* to the Southern District of California to promote the interests of
11 | justice and minimize the risk of inconsistent rulings and judgments;
12 |         WHEREAS, the parties to both *Hartless* and *Wachowski* agree to work
13 | together to avoid duplication of discovery and further agree that discovery obtained in one
14 | action can be used in either action to the extent it is otherwise relevant and admissible;
15 |         WHEREAS, the parties to both *Hartless* and *Wachowski* agree that
16 | subsequent to a transfer of this case to the Southern District of California, the Protective
17 | Order previously entered in *Hartless* will apply to *Wachowski*, and Plaintiff Wachowski
18 | will be bound by the terms of that Protective Order;
19 |         WHEREAS, the parties to both *Hartless* and *Wachowski* agree that
20 | subsequent to a transfer of this case to the Southern District of California, the Stipulation
21 | Regarding the Production of Electronically Stored Information previously entered in
22 | *Hartless* will apply to *Wachowski*, and Plaintiff Wachowski will be bound by the terms of
23 | that Stipulation;
24 |         WHEREAS, Plaintiff Wachowski agrees that, within 21 days after entry of
25 | this Court's ruling on this Stipulation, he will file an amended complaint dropping his
26 | claim for breach of implied warranty and his California UCL and CLRA claims and
27 | allege, on behalf of a purported class of Illinois consumers of Clorox's Product, claims
28 | under Illinois' consumer protection law;

WHEREAS, plaintiffs' counsel in *Hartless* and *Wachowski* agree that counsel of record in *Hartless* will serve as interim lead plaintiffs' counsel for the related *Hartless* and *Wachowski* actions pursuant to Federal Rule of Civil Procedure 23(g)(2).

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties to both *Hartless* and *Wachowski*, through their respective attorneys of record and subject to approval by this Court, as follows:

1. This action shall be transferred to the United States District Court for the Southern District of California.

2. The time for Clorox to respond to the Complaint in this action is hereby extended to 30 days after entry of this Court's ruling on this Stipulation.

Dated: January 6, 2009

ALEJANDRO N. MAYORKAS
SABRINA H. STRONG
ADAM G. LEVINE
CHRISTA M. DEMEKE
O'MELVENY & MYERS LLP


By:/s/  Adam G. Levine
        Adam G. Levine

Attorneys for Defendant The Clorox Company

Dated: January 6, 2009

RICHARD J. DOHERTY
BOCK HATCH, LLC

ROBERT W. SCHMEIDER, II
THE LAKIN LAW FIRM, P.C.

INGRID M. EVANS
DAVID I. CHENG
WATERS & KRAUS LLP


By:/s/  Richard J. Doherty
        Richard J. Doherty

Attorneys for Plaintiff Peter Wachowski

| | | |
|---|---|---|
| 1 | Dated: January 6, 2009 | TIMOTHY G. BLOOD<br>LESLIE E. HURST<br>COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS LLP |

By:/s/ Timothy G. Blood
　　　　Timothy G. Blood

Attorneys for Plaintiff Shawndee Hartless

# [PROPOSED] ORDER

IT IS ORDERED that:

1. This action shall be transferred to the United States District Court for the Southern District of California.

2. The time for Clorox to respond to the Complaint in this action is hereby extended to 30 days after entry of this Court's ruling on this Stipulation.

DATED: January 22, 2009

By: _____
The Honorable William Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*