UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. WACHOWSKI, on Behalf of Himself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CLOROX COMPANY ,<br><br>Defendant. | Case No. 09-CV-138 JTM<br><br>(Previously Northern District Case No. 08-CV-5269 WHA)<br><br>Honorable Jeffrey T. Miller<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT UNTIL AFTER PLAINTIFF FILES AMENDED COMPLAINT** |

1     Pursuant to the parties' Joint Motion to extend the time for Clorox to respond to the complaint until after Plaintiff files his amended complaint, and Good Cause Appearing Therefor,

    IT IS HEREBY ORDERED that:

    1) Plaintiff shall have 21 days from the date this case is transferred to Judge Houston (or before, at Plaintiff's choosing) to file an amended complaint;

    2) Clorox shall have 30 days from the date the amended complaint is filed to respond to the amended complaint; and

    3) Clorox is not required to file any response to the original complaint.

DATED: February 24, 2009

_____
The Honorable Jeffrey T. Miller
United States District Judge

LA2:880290.1