1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C. WACHOWSKI, on Behalf of Himself and All Others Similarly Situated and the General Public, <br><br> Plaintiff, <br><br> v. <br><br> CLOROX COMPANY , <br><br> Defendant. | Case No. 09-CV-138 JAH-CAB <br><br> Honorable John A. Houston <br><br> **ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

1     Pursuant to the parties' Joint Motion to extend the time for Clorox to respond to the Amended Complaint until June 1, 2009, and Good Cause Appearing Therefor,

    IT IS HEREBY ORDERED that:

    Defendant The Clorox Company shall have until June 1, 2009 to respond to Plaintiff's Amended Complaint.

DATED: May 15, 2009

_____
The Honorable John A. Houston
United States District Judge

- 1 -    ORDER EXTENDING TIME TO RESPOND
CASE NO. 09-CV-138 JAH-CAB